IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RONNIE E. CHANDLER,**

      Plaintiff,

v.                                                     No. CIV-13-1103 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
of the Social Security Administration,

      Defendant.

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 14)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      **IT IS SO ORDERED.**

                                            */s/ Lourdes A. Martinez*
                                    **THE HONORABLE LOURDES A. MARTINEZ**
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **Presiding by Consent**